United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 18, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 05-30936

_____

TAMRA STEWARD; BILLY R. STEWARD,

Plaintiffs - Appellants,

versus

P O INVESTMENTS INC.; UNITED STATES OF AMERICA,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Western District of Louisiana, Monroe
USDC No. 3:04-CV-1544

_____

Before JOLLY, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.